&AO 245B  (Rev. 9/00) Judgment in a Criminal Case
          Sheet 1


FILED
OCT 2 0 2006
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| Abdo Saab | CASE NUMBER: 06CR0509-W |
| | Richard J. Boesen |
| | Defendant's Attorney |

**REGISTRATION NO.** 95276198

THE DEFENDANT:
X  pleaded guilty to count(s)   one and two of the information

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1956(a)(1)(A)(ii) | Money Laundering | 1 |
| 26 USC 7201 | Tax Evasion | 2 |

The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant the Sentencing Reform Act of 1984.

X  Assessment : $ 200.00   payable forthwith.

X  Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

October 16, 2006
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

Entered Date:

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 4—Probation

Judgment—Page   2   of   5

DEFENDANT:          Abdo Saab
CASE NUMBER:        06CR0509-W

## PROBATION

The defendant is hereby sentenced to probation for a term of 3 years.

## MANDATORY CONDITIONS

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

X   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with the special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 4 — Continued 2 — Probation

Judgment—Page 3 of 5

DEFENDANT:        Abdo Saab
CASE NUMBER:      06CR0509-W

# SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall not possess firearms, explosive devices, or other dangerous weapons.

2) The defendant shall submit to search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

3) The defendant shall report all vehicles owned, operated, or in which the defendant has an interest to the probation officer.

4) If deported, excluded or allowed to voluntarily returned to his country of origin, the defendant shall not reenter the United States of America illegally and shall report to the probation officer within 24 hours of any entry.
Supervision waived upon deportation or exclusion.

5) The defendant shall not engage in employment or any profession involving fiduciary responsibilities or the solicitation of funds from investors or financial institutions.

6) The defendant shall notify the collections unit of the U.S. Attorney's Office, and the U.S. Probation Office, of any interest in property obtained, directly, or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation, until the restitution ordered is paid in full.

7) The defendant shall notify the collections unit of the U.S. Attorney's Office and the U.S. Probation Office before the transferring of any interest in property owned directly or indirectly by the defendant.

8) The defendant shall cooperate with the Internal Revenue Service in the filing of required tax returns and/or corrected tax returns, as required by law.

9) The defendant shall provide complete disclosure of personal and business financial records to the probation officer as requested.

10) The defendant is prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

AO 245 S  RESTITUTION, FORFEITURE, OR OTHER PROVISIONS OF THE JUDGMENT

DEFENDANT:  Abdo Saab  
CASE NUMBER: 06CR0509-W  
JUDGMENT PAGE  4   OF  5

## RESTITUTION, FORFEITURE, OR OTHER PROVISIONS OF THE JUDGMENT

The defendant is ordered to pay restitution in the amount of $108,550.00, in monthly payments of $50.00 or more, through the Clerk, U.S. District Court, to the victims listed below, payable forthwith. Distribution of restitution to the victims is to be on a pro rata basis. The defendant is to be held jointly and severally liable with the co-defendants in this matter for the above restitution.

| Victim Last Name | Victim First Name | Victim Middle Name | Loss Amount |
| --- | --- | --- | --- |
| Anders | Gregory | Michael | $95,000.00 |
| Andes | Robert | Lee | $5,010,059.00 |
| Bergin | Wayne |  | $200,000.00 |
| Brown | Mark | Talbott | $198,763.14 |
| Burbank | Stewart | Craig | $148,000.00 |
| Carmean | Craig |  | $5,000.00 |
| Colin | Timothy | X. | $677,500.00 |
| Crosby | Elliot |  | $10,000.00 |
| Dalton | Brian | Charles | $1,069,360.00 |
| Davis | Gordon |  | $99,000.00 |
| Demeter | Karen |  | $17,000.00 |
| Eash | Mahlon & Emma |  | $439,471.00 |
| Ebner | Jack | M. | $50,000.00 |
| Feriante | Randy | Gene | $250,000.00 |
| Flake | Bertha |  | $200,000.00 |
| Ford | Robert | Lyn | $18,500.00 |
| Fronkoviak | Donald | Norman | $37,360.00 |
| Garner | Albert | R. | $500,000.00 |
| Gaylord Jr. | John | F. | $40,000.00 |
| Gibson | Robert |  | $40,000.00 |
| Gilbert | Millard |  | $300,000.00 |
| Gunnell | Douglas |  | $35,000.00 |
| Harris | Craig | Millar | $130,000.00 |
| Harris | Thomas | Gregory | $20,000.00 |
| Hatch | Kreston | S. | $1,745,000.00 |
| Higley | Guy | L. | $500,000.00 |
| Holland | Robert |  | $300,000.00 |
| Keesee, Jr. | Paul |  | $343,000.00 |
| King | Norman | O. | $4,000,000.00 |
| Koen | Alexis |  | $20,200.00 |
| Kyler | Delbert | D. | $173,000.00 |
| Langworthy | Eugene |  | $700,000.00 |
| Lee | James | C. | $8,500.00 |
| Loesby | Richard | Kent | $1,250.00 |
| Lowenherz | Mark |  | $200,000.00 |
| Luiten | Peter |  | $100,000.00 |
| Mast | Jerry & Elizabeth |  | $425,000.00 |
| Mazna | Juanita | T. | $917,500.00 |
| McCauley | Cleyburn |  | $10,000.00 |
| McCreadie | Linda |  | $23,000.00 |
| Menen | Rudy |  | $1,025,000.00 |
| Neal | David |  | $39,500.00 |
| Perez | Quinn | Edward | $40,000.00 |
| Petersen | Dallas |  | $920,000.00 |

AO 245 S  RESTITUTION, FORFEITURE, OR OTHER PROVISIONS OF THE JUDGMENT

DEFENDANT: Abdo Saab  
CASE NUMBER: 06CR0509-W  
JUDGMENT PAGE 5 OF 5

## RESTITUTION, FORFEITURE, OR OTHER PROVISIONS OF THE JUDGMENT
(continued list of victims)

| Last | First | Middle | Amount |
|---|---|---|---|
| Peterson | Waldon | O. | $213,000.00 |
| Porpler | Ed & Jean | | $7,000.00 |
| Prior | Ralph | Dale | $5,000.00 |
| Richards | Keith | | $113,600.00 |
| Rupp | Larry | E. | $250,000.00 |
| Saito | Alan | Dean | $2,045,000.00 |
| Seamons | Tiffany | | $89,000.00 |
| Shah, Dr. | Anil | | $50,000.00 |
| Skeen | Merlyn & Paul | | $120,000.00 |
| Slaught | Kenneth | Patrick | $100,000.00 |
| Smith | Alison | Falconer | $25,000.00 |
| Smith | Murry | W. | $50,000.00 |
| Smith | Preston | | $45,000.00 |
| Souther | Gary | Wayne | $10,000.00 |
| Stanley | Jeral & Dortheal | D. | $2,151,746.40 |
| Steiner | John | C | $348,532.21 |
| Steele | Larry | | $300,000.00 |
| Stott | Clark | B. | $750,000.00 |
| Tanaka | Sidney | Mark | $209,000.00 |
| Teaman | Charles | Richard | $152,500.00 |
| Turley | Don | L. | $90,000.00 |
| Weaver | Russell | Jay | $60,000.00 |
| Wilcomb | Steven | Howard | $160,000.00 |
| Young | John | David | $11,400.00 |
| | | TOTAL | 28436741.75 |